UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONTE WOODS,<br><br>                  Petitioner,<br>   v.<br><br>GABRIELA NAJERA, *et al.*,<br><br>                Respondents. | Case No. 2:23-cv-00991-ART-NJK<br><br>ORDER |

Petitioner Donte Woods has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 2. The Court finds that Woods can pay the full filing fee of $5.00.

It is therefore ordered that the application to proceed in forma pauperis (ECF No. 2) is denied. Woods shall have 30 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk shall send Woods two copies of this order. Woods is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 10th day of July, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1