UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONTE WOODS,<br><br>                  Petitioner,<br>     v.<br>RONALD OLIVER, *et al.*,<br><br>                  Respondents. | Case No. 2:23-cv-00991-ART-NJK<br><br>ORDER |

      In this habeas corpus action the petitioner, Donte Woods, represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by December 18, 2023. (*See* ECF No. 13 (scheduling order).)

      On December 11, 2023, Woods filed a motion for extension of time (ECF No. 14) requesting an extension to February 29, 2024—a 73-day extension. This would be the first extension of this deadline. Woods's counsel states that the extension is necessary because of the complexity of this case. Woods's counsel represents that Respondents do not oppose the extension of time. The Court finds that Woods's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension he requests.

      It is therefore ordered that Petitioner's motion for extension of time (ECF No. 14) is granted. Petitioner will have until and including February 29, 2024, to file his amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 19, 2023 (ECF No. 13) will remain in effect.

///

///

///

///

1

DATED THIS 25th day of January 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE