UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DONTE WOODS, | Case No. 2:23-cv-00991-ART-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RONALD OLIVER, *et al.*, | |
| Respondents. | |

In this habeas corpus action the petitioner, Donte Woods, represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by February 29, 2024. (*See* ECF No. 13 (scheduling order granting 90 days for amended petition); ECF No. 15 (73-day extension).)

On February 27, 2024, Woods filed a motion for extension of time (ECF No. 20) requesting a further eight-day extension, to March 8, 2024. This would be the second extension of this deadline. Woods's counsel states that this extension of time is necessary because of the complexity of this case. Woods's counsel represents that Respondents do not oppose the extension of time. The Court finds that Woods's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time he requests.

///
///
///
///
///
///
///

1

1    It is therefore ordered that Petitioner's motion for extension of time (ECF No. 20) is granted. Petitioner will have until and including March 8, 2024, to file his amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 19, 2023 (ECF No. 13) will remain in effect.

DATED THIS 27th day of February 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2