UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONTE WOODS,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>RONALD OLIVER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:23-cv-00991-ART-NJK<br><br>ORDER |

In this habeas corpus action the petitioner, Donte Woods, represented by appointed counsel, filed an amended habeas petition on March 8, 2024. (ECF No. 22). Under the scheduling order in this case (ECF No. 13), the respondents then had 60 days—until May 7, 2024—to file a response to the amended petition.

On May 7, 2024, Respondents filed a motion for extension of time (ECF No. 24) requesting an extension to July 8, 2024, that being a 62-day extension. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Woods does not oppose the extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time they request.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 24) is granted. Respondents will have until and including July 8, 2024, to file their response to Petitioner's amended petition for writ of habeas corpus.

///

///

///

///

1

In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 19, 2023 (ECF No. 13) will remain in effect.

DATED THIS 8th day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE