UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONTE WOODS,

              Petitioner,

   v.

RONALD OLIVER, *et al.*,

              Respondents.

Case No. 2:23-cv-00991-ART-NJK

ORDER

     In this habeas corpus action the petitioner, Donte Woods, represented by appointed counsel, filed an amended habeas petition on March 8, 2024. (ECF No. 22). After an initial period of 60 days, and then a 62-day extension, the respondents had until July 8, 2024, to file a response to the amended petition. (ECF Nos. 13, 25.)

     On July 8, 2024, Respondents filed a motion for extension of time (ECF No. 26) requesting a further 60-day extension, to September 6, 2024. Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Woods does not oppose the extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time they request.

     It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 26) is granted. Respondents will have until and including September 6, 2024, to file their response to Petitioner's amended petition for writ of habeas

///
///
///
///

1

1   corpus. In all other respects, the schedule for further proceedings set forth in
2   the scheduling order entered September 19, 2023 (ECF No. 13) will remain in
3   effect.

DATED THIS 11th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2