UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONTE WOODS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>RONALD OLIVER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-00991-ART-NJK<br><br>ORDER |

In this habeas corpus action the petitioner, Donte Woods, represented by appointed counsel, filed an amended petition on March 8, 2024. (ECF No. 22). Respondents filed a motion to dismiss on September 6, 2024. (ECF No. 29.) Woods then had until November 5, 2024, to file a response to the motion to dismiss. (*See* ECF No. 13 (60 days for response to motion to dismiss).)

On October 17, 2024, Woods filed a motion for extension of time (ECF No. 30) requesting an extension to November 7, 2024 (a 2-day extension; not a 17-day extension as Woods described it). Then, on October 23, 2024, Woods timely filed an opposition to the motion to dismiss (ECF No. 31), rendering the motion for extension of time moot.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 30) is denied as moot. The schedule for further proceedings set forth in the scheduling order entered September 19, 2023 (ECF No. 13) will remain in effect (reply in support of motion to dismiss due November 22, 2024 (30 days)).

Dated this 24th day of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1