# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONTE WOODS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>RONALD OLIVER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-00991-ART-NJK<br><br>ORDER |

In this habeas corpus action, in an order entered on March 4, 2025, the Court denied Respondents' motion to dismiss and ordered Respondents to file their answer within 60 days, making the answer due May 5, 2025. (ECF No. 34.) That deadline was later extended by 57 days, to July 1. (ECF No. 36.) On July 1, Respondents filed a motion for extension of time requesting a further 30-day extension, to July 31. (ECF No. 37.) Respondents' counsel states that the extension is necessary because of their obligations in other cases. Respondents' counsel represents that Petitioner Donte Woods, who is represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///
///

1

| | |
|---|---|
| 1 | It is therefore ordered that Respondents' Motion for Enlargement of Time |
| 2 | (ECF No. 37) is granted. Respondents will have until and including July 31, |
| 3 | 2025, to file their answer. In all other respects, the schedule for further |
| 4 | proceedings set forth in the scheduling order entered September 19, 2023 (ECF |
| 5 | No. 13) will remain in effect. |
| 6 | Dated this this 1st day of July 2025. |

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE