UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONTE WOODS,

           Petitioner,

v.

RONALD OLIVER, *et al.*,

           Respondents.

Case No. 2:23-cv-00991-ART-NJK

ORDER

      In this habeas corpus action, in an order entered on March 4, 2025, the Court denied Respondents' motion to dismiss and ordered Respondents to file their answer within 60 days, making the answer due May 5, 2025. (ECF No. 34.) That deadline was later extended by 57 days to July 1, and then by 30 days to July 31. (ECF Nos. 36, 38.) On July 31, Respondents filed a motion for extension of time requesting a further 14-day extension, to August 14. (ECF No. 39.) Respondents' counsel states in that motion that this extension of time is necessary because of their obligations in other cases. Respondents' counsel states that this will be the last request for an extension of this deadline. Respondents' counsel represents that Petitioner Donte Woods, who is represented by appointed counsel, does not oppose this motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 39) is granted. Respondents will have until and including August 14, 2025, to file their answer. In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 19, 2023 (ECF No. 13) will remain in effect.

Dated this 6th day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE